AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUSTIN FREEMAN WATSON | ) | Case No. 19-6206-MPK |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 26 and November 17, 2018 in the county of Barnstable in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 922(a)(6) | Knowingly making false or fictitious oral or written statement, or furnishing any false or misrepresented identification, intended or likely to deceive a federally licensed firearm dealer. |

This criminal complaint is based on these facts:

See Attached Affidavit of ATF Special Agent Brian Higgins

☑ Continued on the attached sheet.

*Complainant's signature*

Brian Higgins, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 17, 2019

*Judge's signature*

Page Kelley, U.S. Magistrate Judge
*Printed name and title*

City and state: Boston, MA